UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL K. WAHL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C10-5934-RSL-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 27.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. Specifically, the Appeals Council shall remand the case to an Administrative Law Judge ("ALJ") for a de novo hearing, and the ALJ shall issue a new decision. Upon remand, the ALJ will further assess the treating source opinion of Alan J. Wilensky, M.D., including the physician's estimate that the claimant could be absent from work more than four days per month due to his impairments or treatment.

REPORT AND RECOMMENDATION
PAGE - 1

Based on the results of this assessment, the ALJ may need to further evaluate plaintiff's residual functional capacity assessment and plaintiff's ability to perform his past relevant work or other work in the national economy. If necessary, the ALJ will obtain supplemental evidence from a vocational expert.

Upon proper application, plaintiff shall be eligible for attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

A proposed order accompanies this Report and Recommendation.

DATED this 6th day of October, 2011.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge